IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *ERICA SALGADO*, | ) | 24-cv-7289 |
| Plaintiff, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| CAPITAL ONE, N.A., | ) | |
| EQUIFAX INFORMATION SERVICES L.L.C., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| *and* TRANSUNION INTERACTIVE, INC., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS**

Plaintiff respectfully notifies this Honorable Court that all the parties have agreed to settle this matter as to all parties and as to all claims. Counsel are in the process of finalizing the settlements, and Plaintiff anticipates that Plaintiff will soon file a Notice of Dismissal with Prejudice as to all parties. Accordingly, Plaintiff respectfully requests this Honorable Court to vacate any deadlines and any scheduled hearings.

Respectfully submitted,
Plaintiff's Counsel
Paúl Camarena, Esq.

by:   */s/ Paúl Camarena*
Paúl Camarena,
26 Court St., No. 409
Brooklyn, NY 11242
(312) 493-7494
paulcamarena@paulcamarena.com