IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN COURTHOUSE

| | |
|---|---|
| *ERICA SALGADO*,        ) | Docket Number:    24-cv-7289 |
|     Plaintiff,                    ) | |
|                                        ) | |
| *v.*                                         ) | |
|                                        ) | |
| *CAPITAL ONE, N.A.,*                     ) | |
| *EQUIFAX INFORMATION SERVICES L.L.C.,* ) | |
| *EXPERIAN INFORMATION SOLUTIONS, INC.,* ) | |
| *and TRANSUNION INTERACTIVE, INC.,*    ) | |
|     Defendants.                ) | |

### **PARTIES' STIPULATION TO DISMISS**

    Plaintiffs respectfully advise the Court that the parties stipulate to the Court dismissing with prejudice all claims as to all defendants in this matter.

    Respectfully submitted,

Plaintiff's Counsel
*/s/ Paúl Camarena*
Paúl Camarena, Esq.
500 So. Clinton, No. 132
Chicago, IL 60607
(312) 493-7494
pcamarena@northsedgwicklaw.com

Defendant Capital One's Counsel
*/s/ Stephen Jay Steinlight*
Stephen Jay Steinlight, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
212-704-6000
stephen.steinlight@troutmansanders.co

So Ordered

[signature]

3/13/2025

Defendant Equifax's Counsel
*/s/ Forrest Seger, III*
Forrest Seger, III, Esq.
Clark Hill PLC
2301 Broadway St.
San Antonio, TX 78215
210-250-6162
tseger@clarkhill.com

Defendant Experian's Counsel
*/s/ Jonathan P. Floyd*
Jonathan P. Floyd, Esq.
Troutman Pepper Locke LLP
1001 Haxall Point, Ste 1500
Richmond, VA 23226
804-697-1435
jonathan.floyd@troutman.com

Defendant TransUnion's Counsel
*/s/ Andrew George Hope*
Andrew George Hope, Esq.
Buchanan Ingersoll & Rooney PC
50 S 16th Street, No. Suite 3200
Philadelphia, PA 19102
215-665-8700
andrew.hope@bipc.com